UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-26411 |
|---|---|---|
| INGRID JEAN-GILLES | Chapter: | 7 |
| | Judge: | Gambardella |

## NOTICE OF PROPOSED ABANDONMENT

_____John W. Sywilok_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Rosemary Gambardella_____ on ___December 11, 2018___ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ___3E___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtor's interest in real property:
525 Martinelli Avenue
Minotola, NJ 08341
Market Value:  $70,000.00 |
|---|---|

| Liens on property: | Subject to mortgage held by Bayview Loan Servicing, LLC on which there is due approximately $229,894.00. |
|---|---|

| Amount of equity claimed as exempt:  No Equity |
|---|

Objections must be served on, and requests for additional information directed to:

Name:    John W. Sywilok, Chapter 7 Trustee        /s/ John W. Sywilok

Address:    51 Main Street, Hackensack, NJ 07601

Telephone No.:  (201) 487-9390

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26411-RG
Ingrid Jean-Gilles                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Nov 08, 2018
                              Form ID: pdf905      Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db            +Ingrid Jean-Gilles,   202 Bloomfield Ave #104,   Bloomfield, NJ 07003-5789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2018 23:58:14      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2018 23:58:10      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517704057     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 08 2018 23:58:43
                 Bayview Loan Servicing,   4425 Ponce De Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
                                                                                         TOTAL: 3


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517732205      ADT
517732207      Credit Collection Serv.
517732208      Jefferson Health,   New Jersey
517732206      PSE&G
517732204      South Jersey Skin Care Las
                                                                           TOTALS: 5, * 0, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              John  Sywilok    sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              John  Sywilok    on behalf of Trustee John  Sywilok sywilokattorney@sywilok.com,   nj26@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 5